**No. 09-1173. Richard John Florance, Jr., Petitioner v. Texas.**

560 U.S. 906, 130 S. Ct. 3294, 176 L. Ed. 2d 1187, 2010 U.S. LEXIS 4005.

May 17, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Fifth District, denied.

**No. 09-1174. Joseph Lake, Petitioner v. Langdon D. Neal, et al.**

560 U.S. 906, 130 S. Ct. 3296, 176 L. Ed. 2d 1187, 2010 U.S. LEXIS 3942.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 585 F.3d 1059.

**No. 09-1182. Jayshree Patel, Petitioner v. United States.**

560 U.S. 906, 130 S. Ct. 3296, 176 L. Ed. 2d 1187, 2010 U.S. LEXIS 3985.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 354 Fed. Appx. 216.

**No. 09-1190. Brian Wallace, Administrator of the Estate of Norman E. Wallace, Petitioner v. Case Western Reserve University.**

560 U.S. 906, 130 S. Ct. 3296, 176 L. Ed. 2d 1187, 2010 U.S. LEXIS 4000.

May 17, 2010. Petition for writ of certiorari to the Court of Appeals of Ohio, Cuyahoga County, denied.

**No. 09-1197. Fred VanNatta, et al., Petitioners v. Oregon Government Ethics Commission, fka Oregon Government Standards and Practices Commission, et al.**

560 U.S. 906, 130 S. Ct. 3313, 176 L. Ed. 2d 1187, 2010 U.S. LEXIS 3919.

May 17, 2010. Petition for writ of certiorari to the Supreme Court of Oregon denied.

Same case below, 347 Or. 449, 222 P.3d 1077.

**No. 09-1200. Thomas Lamont Dyno, Petitioner v. SUNY Binghamton, et al.**

560 U.S. 906, 130 S. Ct. 3297, 176 L. Ed. 2d 1187, 2010 U.S. LEXIS 3989.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 09-1207. Joseph P. Carson, Petitioner v. Merit Systems Protection Board.**

560 U.S. 906, 130 S. Ct. 3313, 176 L. Ed. 2d 1187, 2010 U.S. LEXIS 3977,

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 257 Fed. Appx. 268.